ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

        -against-                         :       S3 06 Cr. 975 (CLB)(LMS)

RODIMIRO MONGE,                          :

                                :
        Defendant.
                                :
------------------------------------------------------------x

Brieant, J.

ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated May 7, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated:  May 8, 2007
            White Plains, New York

                                                  _____
                                                     Charles L. Brieant
                                               United States District Judge